IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02111-RPM

ANGELIA HALL-PURSEL,

    Plaintiff,

vs.

STANDARD INSURANCE COMPANY,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Joint Stipulation for Dismissal with Prejudice [17] filed December 5, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own fees and costs.

    DATED: December 8, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge